

**NORTH CAROLINA WESTERN**
MEMORANDUM

**Date:** 3/12/2013

**To:** The Honorable Robert J. Conrad, Jr.
Chief United States District Judge

**From:** Michael M. Bonelli
United States Probation Officer

**Subject:** **Parker, Ronald Thomas**
Dkt. No. 3:11CR00133-1
**REQUEST TO DESTROY SEIZED PROPERTY**

---

On 11/14/2006, the defendant was sentenced pursuant to a conviction for Possession of a Firearm by a Convicted Felon. He was ordered to serve 63 months imprisonment to be followed by a three-year term of supervised release. His term of supervised release commenced on 12/14/2010. During his term of supervision, the following items were seized: (1) cell phone, (2) book bag, (3) digital scale, (4) Wells Fargo Debit Card, (5) C-A-P card, (6) paystubs, (7) misc. documents. The defendant's term of supervised release was revoked on 08/28/2012, and he was ordered to serve a sentence of time served with no supervised release to follow. It is respectfully requested that Your Honor authorized destruction of the aforementioned items.

IT IS THEREFORE ORDERED that the Probation Office for the Western District of North Carolina, Charlotte Division, is authorized to destroy the seized property noted above.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7644, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

_____          3.29.13
Signature of Judicial Officer            Date